No. 72–1637. NATIONAL LABOR RELATIONS BOARD *v.* MAGNAVOX COMPANY OF TENNESSEE. C. A. 6th Cir. [Certiorari granted, *ante*, p. 817.] Motion of International Union of Electrical, Radio & Machine Workers, AFL–CIO–CLC, to present oral argument in support of petitioner denied.

No. 73–203. EISEN *v.* CARLISLE & JACQUELIN ET AL. C. A. 2d Cir. [Certiorari granted, *ante*, p. 908.] Motion of American Civil Liberties Union for leave to file a brief as *amicus curiae* granted.

No. 73–208. COLLINS ET AL. *v.* ROCKEFELLER, GOVERNOR OF NEW YORK, ET AL.; and

No. 73–219. SANFORD ET AL. *v.* ROCKEFELLER, GOVERNOR OF NEW YORK, ET AL. Appeals from Ct. App. N. Y. Parties requested to file supplemental memoranda addressed to question whether these cases are moot or inappropriate for review at this time.

No. 73–327. WOODBURY ET AL. *v.* SPITLER. Sup. Ct. Ohio. Motion for leave to dispense with printing petition denied with leave to file printed petition in conformity with Rule 39 of the Rules of this Court on or before January 15, 1974. MR. JUSTICE STEWART would grant the motion.

No. 73–619. SAVE OUR CUMBERLAND MOUNTAINS, INC., ET AL. *v.* TENNESSEE VALLEY AUTHORITY ET AL. C. A. 6th Cir. Motion for leave to dispense with printing petition denied with leave to file printed petition in conformity with Rule 39 of the Rules of this Court on or before January 15, 1974. MR. JUSTICE STEWART would grant the motion.